HEATHER E. WILLIAMS, #122664
Federal Defender
CAROLYN WIGGIN, #182732
Assistant Federal Defenders
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Carolyn_wiggin@fd.org

Attorney for Petitioner
JOSE PEDRO SALDANA MEZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE PEDRO SALDANA MEZA,<br><br>Petitioner,<br><br>vs.<br><br>WARDEN OF THE CALIFORNIA CITY CORRECTIONAL CENTER, ET AL.,<br><br>Respondents. | Case No. 1:26-cv-01912-DJC-EFB (HC)<br><br>STIPULATION REGARDING BRIEFING SCHEDULE; [PROPOSED] ORDER |

Based upon the stipulation and representations of the parties, the Court hereby orders as follows:

1.  Petitioner may file a reply to Respondents' Motion to Dismiss by April 30, 2026.


IT IS SO ORDERED.


Dated: April 14, 2026

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

*Meza Saldana v. Warden, et al.*
No. 1:26-cv-1912-DJC-EFB                    Stipulation and [Proposed] Order

1