HEATHER E. WILLIAMS, #122664
Federal Defender
CAROLYN WIGGIN, #182732
Assistant Federal Defenders
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Carolyn_wiggin@fd.org

Attorney for Petitioner
JOSE PEDRO SALDANA MEZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE PEDRO SALDANA MEZA,<br><br>Petitioner,<br><br>vs.<br><br>WARDEN, ET AL.,<br><br>Respondents. | Case No. 1:26-cv-01912-DJC-EFB<br><br>STIPULATION REGARDING MOOTNESS; [PROPOSED] ORDER |

Petitioner, by and through counsel of record, and Respondents, by and through counsel of record, HEREBY STIPULATE as follows:

1. On May 21, 2026, counsel for Petitioner and Counsel for Respondents learned that on May 12, 2026, Mr. Saldana Meza's application for adjustment of status was granted by an Immigration Judge and he was released from Department of Homeland Security detention. Neither counsel for Petitioner nor Counsel for Respondent knew of this development before May 21, 2026.

2. The parties agree that because Mr. Saldana Meza is no longer in detention, this case is moot.

*Saldana Meza v. Warden, et al.*                     Stipulation and [Proposed] Order

1

IT IS SO STIPULATED

Respectfully submitted,

Dated:  May 21, 2026

HEATHER WILLIAMS
Federal Defender


/s/ Carolyn M. Wiggin
CAROLYN M. WIGGIN
Assistant Federal Defender
Attorneys for Petitioner
JOSE PEDRO SALDANA MEZA


Dated: May 21, 2026

ERIC GRANT
United States Attorney

/s/ Jonathan Williams
JONATHAN WILLIAMS
Special Assistant United States Attorney
Attorney for Respondents

HEATHER E. WILLIAMS, #122664
Federal Defender
CAROLYN WIGGIN, #182732
Assistant Federal Defenders
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Carolyn_wiggin@fd.org

Attorney for Defendant
JOSE PEDRO SALDANA MEZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| JOSE PEDRO SALDANA MEZA, | Case No. 1:26-cv-01912-DJC-EFB |
|---|---|
| Petitioner, | [PROPOSED] ORDER |
| vs. | |
| WARDEN, ET AL., | |
| Respondents. | |

Based upon the stipulation and representations of the parties, IT IS HEREBY ORDERED that the Petition and this action are dismissed as moot because Petitioner is no longer detained by the Department of Homeland Security.

IT IS SO ORDERED.

DATED: May 26, 2026

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

*Saldana Meza v. Warden, et al.*                    Stipulation and [Proposed] Order

3